[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 7, 2011
JOHN LEY
CLERK

No. 10-11098

_____

D.C. Docket No. 2:08-cr-00127-WKW-SRW-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL T. CHAPPELL,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(March 7, 2011)

Before CARNES, PRYOR, and COX, Circuit Judges.

PER CURIAM:

Michael T. Chappell filed this appeal to challenge the conditions of his pre-

trial release that barred him from assisting in filing tax returns and from obtaining

an Electronic Filing Identification number from the IRS.  While this case was pending on appeal, Chappell's pre-trial release was revoked because of a violation of another condition, unrelated to the ones he challenged in this appeal. Accordingly, this appeal is moot.

**DISMISSED AS MOOT.**